No. 5542.—Banco Comercial de Puerto Rico, aplda., *v.* Alvarez et als., apltes.—C. D. San Juan. Enero 15, 1931.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)
Desestimado por abandono.

No. 5469.—Rossy, apldo., *v.* Sierra et al., apltes.—C. D. Arecibo.

Enero 29, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)
Desestimado por abandono.

No. 5575.—Gordils, apldo., *v.* Piereschi, aplte.—C. D. Mayagüez. Febrero 10, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)
Desestimado por abandono.

No. 5569.—Rivas, apldo., *v.* Hernández, aplte.—C. D. Humacao. Febrero 10, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)
Desestimado por abandono.

No. 5576.—J. J. Font & Co., aplte., *v.* Tesorero de Puerto Rico, apldo., y Auditor de Puerto Rico, interventor demandado.—C. D. San Juan.

Febrero 11, 1931.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)
Desestimado por abandono.

No. 5587.—Chinchilla, apldo., *v.* Colón, aplte.—C. D. Ponce. Febrero 16, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)
Desestimado por abandono.

No. 5586.—Manrique, demandante y demandado en tercería aplte., *v.* Amedée Bonnet, apldo.—C. D. San Juan. Febrero 17, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)
Desestimado por abandono.

No. 5588.—Benvenutti, apltes., v. Luce & Co., S. en C., aplda.—C. D. Guayama. Febrero 18, 1931.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)
Desestimado por abandono.